IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDELLS MARKETING, INC.,

    Plaintiff,

v.

JACQUES HEINER,

    Defendant, Third-Party Plaintiff and
    Counter Defendant,

v.

EDWARD KARAS.

    Third-Party Defendant and
    Counter Claimant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-828-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing as moot all of plaintiff eDells Marketing, Inc.'s federal claims against defendant Jacques Heiner in light of defendant's uncontradicted, voluntary cessation of the alleged infringing activity and complete disavowal of any future activity which could plausibly form the basis for an infringement action.

    IT IS FURTHER ORDERED AND ADJUDGED that the court declines to exercise its supplemental jurisdiction over and dismisses without prejudice: (1) the state law claims in plaintiff's complaint; (2) Jacques Heiner's third-party complaint against Edward Karas; and (3) Karas' counterclaim against Heiner.

    *Peter Oppeneer*                            3/7/13

Peter Oppeneer, Clerk of Court                Date